UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION, | MDL NO. 1407 |
| _____ | SUGGESTION OF REMAND ORDER |
| This document relates to the cases listed on Attachment A | |

The Court, having reviewed the records of the cases listed on Attachment A, finds and rules as follows:

(1) Common discovery and other coordinated pretrial proceedings have been completed. All remaining issues are case-specific, and best determined by the transferor court.

(2) These cases will not benefit from further coordinated proceedings as part of MDL 1407, and are ready to be remanded to their respective transferor jurisdictions. Pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the court issues its Suggestion of Remand Order in the cases listed on Attachment A.

The Clerk is ORDERED to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerks of the transferor district courts.

ORDER
Page - 1 -

1     DATED at Seattle, Washington this 9th day of June, 2005.

                                            */s/ Barbara J. Rothstein*
                                            BARBARA JACOBS ROTHSTEIN
                                            UNITED STATES DISTRICT JUDGE

ORDER
Page - 2 -

**ATTACHMENT A**

| Case name | WDWA No. | Transferor Court |
|---|---|---|
| Ables, et al. v. Novartis Pharmaceuticals Corp., et al. | 03-3798 | Western District of Arkansas (Texarkana), No. 03-4127 |
| Bandy v. Bayer Corp., et al. | 04-369 | Northern District of Alabama (Southern), No.CV-02-S-2508-S<br><br>(Originally part of multi-plaintiff case Bandy, et al. v. Bayer Corp., et al., No. 02-2585) |
| Conway v. Bayer Corp., et al. | 03-2109 | Northern District of Mississippi (Greenville), No. 01-cv-272<br><br>(Originally part of multi-plaintiff case Conway, et al. v. Bayer Corp., et al., No. 01-2180) |
| Dancey v. Wyeth, et al. | 03-1449 | Southern District of Texas(Houston), No. 02-cv-4023<br><br>(Originally part of multi-plaintiff case Brumley, et al. v. Wyeth, et al., No. 02-2626) |
| Darling v. American Home Products Corp. | 02-327 | Northern District of Alabama (Southern), No. 01-cv-3084 |
| Dinkins v. Bayer Corp. | 03-1397 | Middle District of Tennessee (Nashville), No. 01-cv-1489<br><br>(Originally part of multi-plaintiff case Norman, et al. v. Bayer Corp., No. 02-43) |
| Edwards v. Bayer Corp., et al. | 03-2177 | Southern District of Mississippi (Eastern), No. 4:02cv521LN<br><br>(Originally part of multi-plaintiff case Russ, et al. v. Wyeth, et al., No. 03-427) |

ORDER
Page - 3 -

| Case name | WDWA No. | Transferor Court |
|---|---|---|
| Harmon v. Bayer Corp. | 03-1095 | Northern District of Alabama (Southern), No. 03-240 |
| Jones v. Perrigo, Inc., et al. | 03-3515 | Southern District of Mississippi (Western), No. 03-cv-270.<br><br>(Originally part of multi-plaintiff case Clark, et al. v. Wyeth Pharmaceuticals Corp., et al., No. 03-2863) |
| Lapensee, et al. v. Whitehall-Robins, et al. | 04-63 | District of Connecticut (New Haven), No. 03-cv-1739. |
| Lomax v. American Home Products Corp., et al. | 03-2155 | Middle District of Louisiana (Baton Rouge), No. 02-cv-148<br><br>(Originally part of multi-plaintiff case Beals, et al. v. American Home Products Corp., et al., No. 02-787) |
| McBride v. Bayer Corp. | 02-329 | Western District of Arkansas (Fort Smith), No. 01-cv-2310 |
| McBride v. Bayer Corp. | 03-447 | Western District of Pennsylvania (Pittsburgh), No. 02-1842 |
| McCall v. Bayer Corp., et al. | 01-2044 | Western District of Louisiana (Shreveport), No. 01-cv-1740 |
| Mitchell v. Bayer Corp., et al. | 03-2051 | Northern District of Alabama, No. CV 02-BE-2953-S<br><br>(Originally part of multi-plaintiff case Fleming, et al. v. Bayer Corp., et al., No. 03-351) |
| Parks v. Novartis Pharmaceuticals Corp., et al. | 03-1133 | Southern District of Texas, No. 03-14 |

ORDER
Page - 4 -

| Case name | WDWA No. | Transferor Court |
|---|---|---|
| Partridge, et al. v. Novartis Pharmaceuticals Corp., et al. | 03-3799 | Western District of Arkansas (Texarkana), No. 03-cv-4128 |
| Pettegrow v. Wyeth, et al. | 03-2473 | District of Maine, No. 03-41 |
| Ritchie, et al. v. Bayer Corp. | 03-461 | Western District of Pennsylvania (Pittsburgh), No. 02-1885 |

ORDER
Page - 5 -